FILED - USDC ALSD
MAY 26 '26 PM4:58

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

Jeffery Harris et al
**Plaintiff(s)/Petitioner(s)**

**vs.**

United States of America
**Defendant(s)/Respondent(s)**

**CIVIL ACTION NO.** 1:26-cv-184-JB-MU
**(To be supplied by Clerk of Court)**

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Jeffery Harris, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed *in forma pauperis* in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:**
FTCA Tort claim involving injuries in relation to EPA management of contaminated regions and districts in U.S.

II. **RESIDENCE:**
Your address: 2054 Height Street (Street)
Mobile AL (City) 36605 (State) (Zip Code)

III. **MARITAL STATUS:**
1. Single ____ Married ✓ Separated ____ Divorced ____
2. If married, spouse's full name: Tiffany Harris

IV. **DEPENDENTS:**
1. Number: 5
2. Relationship to dependent(s): Father, Step Father
3. How much money do you contribute toward your dependents' support on a monthly basis? $ 4400

**V. EMPLOYMENT:**

1. Name of employer: NONE
   a. Address of employer: ____________________
   (Street)
   ____________________
   (City) (State) (Zip Code)
   b. How long have you been employed by present employer?
   Years: ________ Months ________
   c. Income: Monthly $__________ or Weekly $__________
   d. What is your job title? ____________________

2. If unemployed, date of last employment: ____________________
   Amount of salary and wages received per month in last employment: $ ________

3. Is spouse employed? NO If so, name of employer: ____________________
   a. Income: Monthly $__________ or Weekly $__________
   b. What is spouse's job title? ____________________

4. Are you and/or your spouse receiving welfare aid? NO
   If so, amount: Monthly $__________ or Weekly $__________

**VI. FINANCIAL STATUS:**

1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: ____________________
   b. Full Address: ____________________
   c. In whose name: ____________________
   d. Estimated value - - - - - - - - - - - - - - - - - - - - - - - - - - $ __________
   e. Total amount owed - - - - - - - - - - - - - - - - - - - - - - - - - $ __________
   Owed to: ____________________ $ __________
   ____________________ $ __________
   f. Annual income from property - - - - - - - - - - - - - - - - - - $ __________

2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
   a.

| | Asset (1) | Asset (2) |
|---|---|---|
| Make & Model: | Cadillac deville | cadillac escalade |
| In whose name registered? | Jeffery Harris | Jeffery Harris |
| Present Value of Asset: | 2300 | 23,000 |
| Amount owed: | 0 | 25,000 |
| Owed to: | | Wells Fargo |

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $ 15,000
   c. List monies received by you during the last twelve (12) months, or held for you

Recieved lump sum back payment from VA for approx 20,000, as well SSDI for approx 20,000

by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession or other forms of self-employment........$ 0
Rent payments, interest or dividends........................................$ 0
Pensions, annuities or life insurance payments .......................$ 0
Gifts or inheritances..............................................................$ 0
Stocks, bonds or notes ..........................................................$ 0
Tax refunds, Veteran benefits or social security benefits........$ 5,038
Any other sources ................................................................$ ______

3. Obligations:
   a. Monthly rental on house or apartment $ 1440
   b. Monthly mortgage payments on house $ ______

4. Other information pertinent to your financial debts and obligations:

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|
| ~~EMC Payment~~ Wells fargo | 25,250 | 1000 |
| | | |
| | | |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.) up until about 6 months ago my wife covered everything with help from food stamps while I was recovering from Hardware failure, After recieving VA + SSDI Disability I have been able to Once again provide for my family of 7 Unfortunately my wifes employer whom she took care of has passed

Other (Explain): Family income is very tight, awaiting family benefit to assist further with dependents. My check goes to:
Utilities; Eletric: 580, Water: 230, insurance: 250, Phone: 330 internet: 250, insurance: 250, car payment 1000, Food: 1500
Totaling: 5800.

The lump sum that is currently left in bank account has been used as a legal fund to secure expert witness testomony in Mobile infirmary, Depuy synthes med mal and product liability case. currently need 5000-10000 for expert neurosurgeon. Payment of filing fee and other potential fees with out informa pauperis protections would result in potential hardship for myself and dependents.

**VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:**

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

5/26/24
DATE

[signature]
SIGNATURE OF PLAINTIFF/PETITIONER

2054 Height St, Mobile AL
ADDRESS
36605