FILED - USDC ALSD
MAY 26 '26 PM3:47

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ALABAMA**

**SOUTHERN DIVISION**

SCANNED

JEFFERY JEROME HARRIS, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No.: 1:26-cv-184 - JB-MU

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY**

**AND REQUEST FOR CM/ECF FILING ACCESS**

COMES NOW Lead Plaintiff Jeffery Jerome Harris, appearing pro se, and respectfully moves this Court for permission to file documents electronically through the CM/ECF system in this action pursuant to Local Rule 5.1(c) and the Court's CM/ECF Administrative Procedures. In support thereof, Plaintiff states:

**I. BACKGROUND**

Plaintiff initiated Case No. 1:26-cv-184 through the PACER CM/ECF system on May 22-23, 2026. The case number was assigned and the case was opened in the system. However, Plaintiff is currently unable to file documents electronically because the CM/ECF system does not reflect Plaintiff's filing access for this case. Plaintiff's PACER PRID is 418-5205.

Plaintiff is presenting this motion in person at the Clerk's Office as directed by the Clerk's staff, who indicated that paper filing followed by a Court order or clerk's authorization is required to establish CM/ECF filing access for pro se litigants.

## II. GROUNDS FOR RELIEF

This action involves six plaintiffs, complex multi-count environmental tort claims spanning four geographic locations, voluminous documentary evidence including EPA records, DICOM imaging analysis, expert correspondence, and multiple ongoing federal agency investigations. Electronic filing is essential to the efficient management of this litigation for the following reasons:

(a) Paper filing creates substantial cost and delay burdens on a 100% Permanent and Total disabled pro se plaintiff proceeding in forma pauperis;

(b) The volume of documentary evidence to be filed in support of this action requires electronic filing to be practically manageable;

(c) Electronic service through CM/ECF will ensure all parties and the Court receive simultaneous, date-stamped notice of all filings;

(d) Plaintiff has successfully used CM/ECF in related federal proceedings and is familiar with the system.

## III. PLAINTIFF'S CM/ECF QUALIFICATIONS

Plaintiff Jeffery Jerome Harris has PACER account access, PRID 418-5205. Plaintiff has experience filing documents in federal court through CM/ECF. Plaintiff agrees to comply with all Local Rules and CM/ECF Administrative Procedures of the Southern District of Alabama governing electronic filing by pro se litigants. Plaintiff is rated at 100% Permanent and Total disability by the Department of Veterans Affairs, carrying ten service-connected disabilities including cervical spine hardware failure requiring revision surgery, systemic lupus erythematosus, and chronic pain conditions that significantly limit Plaintiff's physical mobility and endurance. Physical attendance at the Clerk's Office for paper filing of each document in this complex multi-plaintiff litigation constitutes a substantial hardship. Electronic filing would eliminate this hardship entirely while ensuring timely and accurate filing of all documents in this action.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court enter an Order granting Plaintiff permission to file documents electronically in Case No. 1:26-cv-184 through the CM/ECF system, and directing the Clerk's Office to establish Plaintiff's filing access in the system.

Respectfully submitted this 26 day of May, 2026.

Jeffery Jerome Harris, Lead Plaintiff Pro Se

2054 Height Street, Mobile, Alabama 36605

(228) 819-0118 | harrisjeffery04@gmail.com

PACER PRID: 418-5205