IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY JEROME HARRIS, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIV. A. NO. 26-184-JB-MU |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**SERVICE ORDER**

The following procedures for service of process apply in this District:

1. **Summons**. Plaintiffs must file or submit a proposed summons to the clerk's office for issuance. Pursuant to S.D. Ala. CivLR 4, if service is made by summons, the person making service shall file proof with the Court that service has been made upon the person to be served within seven (7) days of the date service is made. *See* S.D. Ala. CivLR 4(a)(1).

2. **Waiver of Service**. Pursuant to S.D. Ala. CivLR 4(a)(2), if a waiver of service is sent to the person to be served and that person executes and returns the waiver of service, Plaintiffs shall file the waiver of service with the Court within seven (7) days after receipt of the waiver by Plaintiffs.

3. **Deadline to Make Service.** Plaintiffs must make service on all Defendants within 90 days after the complaint is filed, unless good cause is shown for an extension and the Court grants Plaintiffs more time to make service. *See* Fed. R. Civ. P. 4(m).

**DONE** and **ORDERED** this the **22nd** day of **July, 2026**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**