# EXHIBIT 1

**Jeffery Harris**

1954 Maryvale St

Mobile, AL 36605

harrisjeffery04@gmail.com

(228) 819-0118

July 1, 2025

**EPA Region 4**

Office of Regional Counsel

61 Forsyth St SW

Atlanta, GA 30303

**Subject: FTCA Administrative Claim for Lead Exposure Negligence (Claimant: Jeffery Harris)**

Dear Sir/Madam,

I am submitting this claim pursuant to the Federal Tort Claims Act (28 U.S.C. § 2675) for damages arising from the U.S. Environmental Protection Agency's (EPA) negligence in overseeing the Master Metals Incorporated Superfund site, located at 41.4920°N, 81.6990°W, approximately 5.9 miles from my former residence at 556 East 114th Street, Cleveland, OH (41.5287°N, 81.6123°W).

**Incident Description**: Between 1984 and 1997, I was exposed to severe lead contamination, including a documented 1993 air spike of 93.54 $\mu g/m^3$ and soil levels ranging from 116 to 1,246 mg/kg, emanating from Master Metals' operations. The EPA's 2003 Section 122 settlement with 48 Potentially Responsible Parties for $500,000 failed to prevent lead migration beyond the 4-acre cleanup site, particularly affecting a 6-mile radius that included my home. This negligence has contributed to my 14 service-connected medical conditions, including lupus, attention deficit disorder (ADD), and hepatitis C, as confirmed by VA records. The recent trauma of my brother Bobby Lee Hill's death on June 29, 2025, potentially linked to similar environmental exposures, has further aggravated these conditions. My brother also suffered from ADD and kidney issues, alongside other mysterious health problems, which may be tied to the same contamination. This has caused significant emotional distress and economic loss due to unemployment and disability.

**Date(s) of Incident**: The exposure occurred from 1984 to 1997, with ongoing impacts from the EPA's inadequate settlement oversight continuing to 2003 and beyond.

**Amount of Claim**: I am claiming $500,000 in damages, including medical expenses, lost wages, and emotional distress, with the amount subject to adjustment based on additional evidence.

**Agency**: This claim is directed against the EPA, and I request that any response be sent to the above address or emailed to harrisjeffery04@gmail.com.

Please acknowledge receipt of this claim and inform me if further information is needed. I am available at (228) 819-0118 for any questions.

Sincerely,

/s/ Jeffery Harris