# EXHIBIT 2

**STANDARD FORM 95 (SF-95)**

**CLAIM FOR DAMAGE, INJURY, OR DEATH (AMENDED)**

**CLAIMANTS:**

1. Jeffery Harris
2. Holly Powe
3. Tyrance Harris
4. Sharon Denise Fails
5. Estate of Bobby Lee Hill Jr.
6. Estate of Amy Powe (represented by Carolyn Powe)

**LEAD CLAIMANT**: Jeffery Harris

**ADDRESS**: 1954 Maryvale St, Mobile, AL 36605

**DATE**: July 28, 2025

**TO**: U.S. Environmental Protection Agency, Region 4

**ATTENTION**: Office of Regional Counsel

**ADDRESS:** 61 Forsyth St SW, Atlanta, GA 30303

**EMAIL:** r4foia@epa.gov

**RE**: Amended FTCA Claim

**USPS TRACKING**: #9505 5107 1737 5182 4735 30

**TO THE OFFICE OF REGIONAL COUNSEL**:

We, Jeffery Harris, Holly Powe, Tyrance Harris, Sharon Denise Fails, and the estates of Bobby Lee Hill Jr. and Amy Powe (represented by Carolyn Powe), proceeding pro se, submit this amended Federal Tort Claims Act (FTCA) claim (initially filed July 1, 2025) against the United States for negligence by the Environmental Protection Agency (EPA), Alabama Department of Environmental Management (ADEM), and Ohio Environmental Protection Agency (Ohio EPA) under 28 U.S.C. § 2674.

As descendants of Africatown's pre-Clotilda enslaved community, we trace our lineage through Jerre Dubose and Isabella Slade to Isaac Thomas, Irene Thomas, Rush Powe, Doc Powe, and Carolyn Powe, with daughters Amy (d. 2016–2017, cancer) and Holly (b. 1974, cancer). This heritage ties us to Africatown's National Register historic community (2012).

For over 40 years, EPA, ADEM, and Ohio EPA's negligence exposed us to lead, benzene, VOCs, and PAHs in Africatown's Josephine Allen Apartments (Happy Hill), Prichard's Bessemer Housing Projects, and Cleveland's Master Metals (MMI) site, causing severe injuries and deaths (Exhibits 1–146). We seek $130,000,000 in damages and specific injunctive relief.

Due to newly discovered evidence (Exhibits 37–145) and pro se challenges, we request leniency per Haines v. Kerner, 404 U.S. 519 (1972), and Wong v. Beebe, 732 F.3d 1030 (9th Cir. 2013).

**I. NARRATIVE OF EXPOSURE AND HARM**

Our families have suffered environmental mismanagement for decades. As a child in Cleveland downwind of MMI, I engaged in geophagy, eating "mud pies" (Exhibit 146), exposing me to lead. In 1993 I received lead exposure from the 93.54 μg/m³ air spike (1993, Exhibit 33) and 115,000 ppm soil contamination (1990, Exhibit 80).

Sharon Denise Fails lived in New Quarters Plateau (1958–1975), bore Tyrance in Cleveland (1975), returned to Happy Hill (1977–1984) with Tyrance, bore Jeffery (1980) and Bobby (1984), moved to Cleveland (1986–1988), then Mobile (1988–1995), and 3400 Clubhouse Rd (1995–1997).

Tyrance Harris lived in Cleveland (1975–1977, 1984–1996, 1999–2019), Happy Hill (1977–1984), 3400 Clubhouse Rd (1999), and now Twin Oaks apt Mobile Al

Jeffery Harris lived in Happy Hill (1980–1984), Cleveland (1984–1992, 1993–1997), Prichard (1992–1993), and now 1954 North Maryvale mobile Al .

Bobby Lee Hill Jr. lived in Happy Hill (1984–1986), Cleveland (1986–1988), and Prichard/Mobile (1988–2025).

Contaminants—lead (Exhibits 32, 33), benzene (Exhibits 47, 49), and VOCs (Exhibit 77)—caused our injuries, with Africatown's historic status requiring NHPA consultation for Dairy Fresh remediation (Exhibit 47).

## II. Legal Allegations and Preemptive Countermeasures

**A. Negligence (28 U.S.C. § 2674)**

The United States breached its duty, causing injuries and wrongful deaths.

1. **NHPA Section 106 Violation**: The EPA's failure to consult Africatown's stakeholders (36 C.F.R. § 800.2) on Dairy Fresh's UST remediation, despite 2,500 μg/L benzene (500x ADEM's limit, Exhibit 47) and a 4.5 ft/day plume toward Prichard, violates Section 106. *Preservation Coalition, Inc. v. Pierce*, 667 F.2d 851 (9th Cir. 1982), mandates consultation for historic districts; non-compliance supports FTCA liability.

Defendants may argue discretionary function (28 U.S.C. § 2680(a)), but *United States v. Gaubert*, 499 U.S. 315 (1991), limits this to policy decisions, not operational failures like omitted consultation.

2. **Air Monitoring Deficiencies**: Discontinuing Cox Street's 0.1209–1.1 µg/m³ monitor (1982, Exhibit 32) and ignoring MMI's 93.54 µg/m³ (1993, Exhibit 33) violate 40 C.F.R. § 58. Alabama's lack of NATTS, PAMS, and NCore monitors missed 68,000 ppb BTEX (1991, Exhibit 77) and 0.6 ppbC carbon disulfide (2003, Exhibit 36). *American Trucking Ass'ns v. EPA*, 175 F.3d 1027 (D.C. Cir. 1999), affirms mandatory monitoring; defendants' discretionary defense fails under *Berkovitz v. United States*, 486 U.S. 531 (1988).
3. **CERCLA Section 122 Abuse**: Ohio EPA's $500,000 MMI settlement (Exhibit 80) and ADEM's inadequate Dairy Fresh cleanup (102 lbs hydrocarbons, 308 downtime days, Exhibit 47) abused 42 U.S.C. § 9622, prolonging exposure. *United States v. Cannons Eng'g Corp.*, 899 F.2d 79 (1st Cir. 1990), requires robust settlements; defendants' cost-saving rationale is preempted by *United States v. Akzo Coatings of Am.*, 949 F.2d 1409 (6th Cir. 1991).
4. **UST and Groundwater Negligence**: Dairy Fresh's 2,500 µg/L benzene (2016, Exhibit 47) Robbins Chevron's 86.0 µg/L benzene (2004, Exhibit 49) and Stop N Go's 8.92 ft free product (2017, Exhibit 48) breach 40 C.F.R. § 280. *TVA v. Hill*, 437 U.S. 153 (1978), mandates strict compliance; defendants' "no further action" claims lack evidentiary support.
5. **Pattern of Noncompliance**: Unmonitored Shell (>18 µg/m³, 2020, Exhibit 89) and International Paper (68,000 ppb BTEX, 1991, Exhibit 77) reflect systemic neglect, rebutting any good-faith defense.
6. **RCRA Violations**
   Unremediated UST releases (Exhibit 47) breached 42 U.S.C. § 6972, causing Bobby's kidney failure. See Meghrig v. KFC Western, Inc., 516 U.S. 479.
7. **NHPA Violations**
   EPA's lack of consultation on Dairy Fresh (Exhibit 47) violated 36 C.F.R. § 800, harming Africatown's heritage**. See Preservation Coalition, Inc. v. Pierce, 667 F.2d 851.**
8. **Additional Statutory Violations**
   A. **Violations of SDWA (42 U.S.C. § 300f),**
   B. **TSCA (15 U.S.C. § 2601),**
   C. **EPCRA (42 U.S.C. § 11001),**
   D. **CWA (33 U.S.C. § 1251),**
   E. **Ala. Code §§ 22-22A-5, 22-36-1, 22-28-1,**
   F. **Ohio Rev. Code §§ 3704.03, 3734.20 compounded harm (Exhibits 35–89).**

**B. Wrongful Death (28 U.S.C. § 1346(b), Ala. Code § 6-5-410, Ohio Rev. Code § 2125.01)**

EPA negligence caused Bobby Lee Hill's death (June 29, 2025, kidney failure) and Amy Powe's death (2016–2017, cancer), linked to lead (MMI, Cox Street) and VOCs (Dairy Fresh, Shell).

*Indian Towing Co. v. United States*, 350 U.S. 61 (1955), extends FTCA ;Daubert v. Merrell Dow Pharmaceuticals, 509 U.S. 579.

Alabama and Ohio law allow recovery for proximate cause. Defendants may challenge causation, but *Daubert v. Merrell Dow Pharm.*, 509 U.S. 579 (1993), supports scientific linkage via ATSDR and IARC data (Exhibit 90).

**C. Title VI Discrimination (42 U.S.C. § 2000d)**

Preferential treatment of industrial interests over Africatown, Prichard, and Cleveland violates Title VI. The 2023 EPA investigation (No. 03R-23-R4, Exhibit 84) and 2017 lawsuit (Case No. 1:17-cv-00510-KD-B) show disparate impact. *Alexander v. Sandoval*, 532 U.S. 275 (2001), permits private suits; defendants' intent defense fails under *Vill. of Arlington Heights v. Metro. Hous. Dev. Corp.*, 429 U.S. 252 (1977).

## III.CAUSATION AND INJURY

| Claimant | Injuries | Exposures | Evidence |
|---|---|---|---|
| Jeffery Harris | \| Lupus, bone density loss (2 neck surgeries), tinnitus, vertigo, scoliosis | Lead (93.54 µg/m³, MMI, 1993; 0.1209–1.1 µg/m³, Cox St, 1982), VOCs (2,500 µg/L benzene | Exhibits 1–5, 32, 33, 47, 14 |
| Tyrance Harris | Neuropathy, renal stress, migraine | Lead (93.54 µg/m³, MMI, 1993), fVOCs (68,000 ppb BTEX, 199 | Exhibits 6–10, 33, 77 \| |
| Holly Powe | Ovarian cancer, liver/kidney issue | Benzene (86.0 µg/L, Robbins Chevron, 2004; >18 µg/m³, Shell, 2020) \| | Exhibits 25–31, 49, 8 |
| Sharon Fails | Lupus, renal dysfunction, hematuria | Lead, benzene (86.0 µg/L, Robbins Chevron, 2004) \| | Exhibits 11–17, 32, 7 |
| Bobby Hill jr | \| Kidney failure, death (2025 | Lead (115,000 ppm, MMI, 1990), benzene (2,500 µg/L, Dairyfresh | Exhibits 11–17, 32, 7 |
| Amy Powe | \| Cancer, death (2016–2017) | Benzene (86.0 µg/L, Robbins Chevron, 2004; >18 µg/m³, Shell, 2020) \| | Exhibits 25–31, 49, 8 |

This evidence list outlines 145 exhibits supporting the amended FTCA claim, submitted on July 29, 2025, by claimants Jeffery Harris, Holly Powe, Tyrance Harris, Sharon Denise Fails, the Estate of Bobby Lee Hill, and the Estate of Amy Powe. Due to the volume of documentation, full exhibits are not attached at this time but are available upon request. Claimants are prepared to produce authenticated copies of all listed exhibits, including medical records and environmental data, within a reasonable timeframe upon notification. Key exhibits of immediate relevance include medical diagnoses linked to exposure (e.g., Exhibit 1: Jeffery Harris Lupus Diagnosis, Exhibit 18: Bobby Lee Hill Kidney Failure Diagnosis) and environmental data (e.g., Exhibit 32: Cox Street Lead Data, Exhibit 49: Robbins Chevron UST Evidence 1). Please direct any requests for specific documents to Jeffery Harris

1955 North Maryvale street mobile Al 36605 or harrisjeffery04@gmail.com

**IV. EVIDENCE**

**Medical Records:**

- Exhibits 1–31: Medical records for all claimants

**Environmental Data**:

- Exhibit 32: Cox Street lead monitoring data (0.1209–1.1 µg/m³, 1982)
- Exhibit 33: MMI lead air monitoring (93.54 µg/m³, 1993)
- Exhibit 47: Dairy Fresh benzene contamination (2,500 µg/L, 2016)
- Exhibit 80: MMI soil lead contamination (115,000 ppm, 1990)
- Exhibit 146: T-Mobile post documenting geophagy (July 25, 2025)
- Exhibits 37–145: Comprehensive evidence detailed in “FTCA Main Evidence List” (UST data, air monitoring, corroborative evidence)

**Annex reports:**

- **Dairy Fresh report**
- **Eddies Mart report**
- **Stop and go gas station report**
- **Africatown report**
- **Robbin's Chevron**
- **GK report**

## V. DAMAGES SOUGHT

**TOTAL DAMAGES REQUESTED**: $130,000,000

Individual Damages ($60,000,000):

- Jeffery Harris: $16,000,000 (lupus, bone density loss, two neck surgeries, tinnitus, vertigo, scoliosis from MMI lead exposure and geophagy)
- Holly Powe: $16,000,000 (ovarian cancer, liver/kidney issues)
- Tyrance Harris: $14,000,000 (neuropathy, renal stress, migraines)
- Sharon Denise Fails: $14,000,000 (lupus, renal dysfunction, hematuria)

Damages based on Stringfellow settlement of $109.6 million for similar environmental harms.

Community Damages ($60,000,000):

For Africatown (~1,200 residents) and Prichard (~19,690 residents) communities affected by environmental contamination.

Wrongful Death Damages ($10,000,000):

- Estate of Bobby Lee Hill Jr.: $5,000,000
- Estate of Amy Powe: $5,000,000

## VI. INJUNCTIVE RELIEF REQUESTED

1. Install comprehensive air monitoring systems in Africatown and Prichard including NATTS, PAMS, and NCore monitors per 40 C.F.R. § 58

2. Remediate contaminated sites including Dairy Fresh and Robbins Chevron USTs per 40 C.F.R. § 280

3. Conduct comprehensive environmental sampling of groundwater and soil in Africatown pursuant to CERCLA, 42 U.S.C. § 9605

4. Coordinate health screenings with Alabama Department of Public Health (ADPH) for 1,200 Africatown residents

5. Establish community trust fund for ongoing remediation per Ala. Code § 22-36-1

6. Evaluate Africatown for NPL listing under 42 U.S.C. § 9605

7. Provide quarterly updates to Africatown stakeholders per 36 C.F.R. § 800

8. Establish regular communication between EPA and ADPH for environmental health risk notification, effective immediately

9. Engage National Association of Environmental Professionals (NAEP) to assist in stewarding community environmental funds from settlement, within 6 months

**VII. CONCLUSION**

This amended FTCA claim seeks accountability for EPA, ADEM, and Ohio EPA's negligent oversight, which exposed our families and Africatown's historic community to harmful contaminants, causing severe injuries and deaths. The evidence, including newly discovered Exhibits 149A, 150, 153–158 (obtained July 2025 via FOIA), demonstrates EPA's failure to enforce federal environmental regulations, disproportionately harming Africatown's 90% Black community (Exhibit 84).

We respectfully request a thorough review and settlement to address these harms, consistent with EPA's environmental justice priorities. Allegations of intentional misconduct or fraud are reserved for separate action with the Department of Justice, and we will pursue such claims if necessary.

As pro se claimants, we request leniency for any procedural errors per Haines v. Kerner, 404 U.S. 519. Please direct correspondence to Jeffery Harris, 1954 Maryvale St, Mobile, AL 36605. We look forward to a response within six months, per 28 C.F.R. § 14.9.

**RESPECTFULLY SUBMITTED**,

Jeffery Harris (Lead Claimant)1954 Maryvale StMobile, AL 36605

Holly Powe

Tyrance Harris

Sharon Denise Fails(Individually and as Representative of Estate of Bobby Lee Hill Jr.)

Carolyn Powe(As Representative of Estate of Amy Powe)

Date: July 28, 2025