# EXHIBIT 3

## GOLD FIRST AMENDMENT.docx (First Amendment to FTCA Claim)

### STANDARD FORM 95 (SF-95) – FIRST AMENDMENT TO FTCA CLAIM FOR DAMAGE, INJURY, OR DEATH

**Claimants:** Jeffery Harris, Holly Powe, Tyrance Harris, Sharon Denise Fails, Estates of Bobby Lee Hill and Amy Powe (represented by Carolyn Powe)
**Lead Claimant:** Jeffery Harris
**Address:** 1954 Maryvale St, Mobile, AL 36605
**Date:** August 19, 2025
**Original Filing:** July 1, 2025
**Case No.:** TBA
**Tracking #:** 9505 5107 1737 5182 4735 30

**Recipient:** U.S. Environmental Protection Agency, Region 4
**Attention:** Office of Regional Counsel
**Address:** 61 Forsyth St SW, Atlanta, GA 30303
**Email:** r4foia@epa.gov

**Subject:** First Amendment to FTCA Claim – Criminal Environmental Conspiracy, Data Falsification, and Robbins Chevron Audit Findings, with Supporting Negligence Claims

---

### TO THE OFFICE OF REGIONAL COUNSEL:

We, Jeffery Harris, Holly Powe, Tyrance Harris, Sharon Denise Fails, and the estates of Bobby Lee Hill and Amy Powe (represented by Carolyn Powe), proceeding pro se, submit this First Amendment to our Federal Tort Claims Act (FTCA) claim, originally filed on July 1, 2025, against the United States for criminal environmental conspiracy, data falsification, and systematic environmental racism by the Environmental Protection Agency (EPA), Alabama Department of Environmental Management (ADEM), and Ohio Environmental Protection Agency (Ohio EPA) under 28 U.S.C. § 2674. This amendment incorporates new evidence from the Robbins Chevron Audit (revised August 19, 2025) and supporting negligence claims from the prior "ORANGE FTCA.docx" submission to amplify the harm caused by EPA and ADEM over decades, without superseding the criminal allegations herein.

### NEWLY DISCOVERED EVIDENCE:

- **Exhibit 149A (EPA Memo #057910830):** Proves EPA and ADEM officials engaged in a documented criminal conspiracy to falsify environmental data, facilitating discriminatory enforcement in minority communities, directly causing Amy Powe's and Bobby Lee Hill's deaths.
- **Robbins Chevron Audit Evidence (Exhibits AB–AH, 2002–2005):** Confirms data manipulation with benzene discrepancies (e.g., Shell MW-3 at 5.1 mg/L vs. CMW-6 at 0.0072 mg/L, 709x variance; MW-6 at 0.0860 mg/L vs. MW-4 at 0.005 mg/L) and

Rachel Vines' improper NFA approval (February 11, 2005, Exhibit P), supporting RICO violations under 18 U.S.C. §§ 1961–1968.

This conspiracy and negligence exposed our Africatown families to lead, benzene, VOCs, and PAHs at Josephine Allen Apartments (Happy Hill), Prichard's Bessemer Housing Projects, Cleveland's Master Metals (MMI) site, and now Robbins Chevron, causing severe injuries and deaths (Exhibits 1–146, 149A, 150, 153–158). As descendants of Africatown's pre-Clotilda enslaved community, tracing lineage through Jerre Dubose and Isabella Slade to Isaac Thomas and the Powe family, we now seek $200,000,000 in damages and injunctive relief due to the criminality displayed towards my family . We request leniency per *Haines v. Kerner*, 404 U.S. 519 (1972), and *Wong v. Beebe*, 732 F.3d 1030 (9th Cir. 2013), due to pro se challenges.

## I. NARRATIVE OF EXPOSURE AND HARM (Amended)

Our families have suffered 40+ years of environmental mismanagement by EPA, ADEM, and Ohio EPA. Newly discovered Exhibits 149A and Robbins Chevron Audit data (Exhibits AB–AH, 2002–2005) reveal a criminal conspiracy to falsify data, including benzene underreporting at Robbins Chevron (MW-3 at 5.1 mg/L, 1020x EPA MCL, vs. CMW-6 at 0.0072 mg/L) and Vines' NFA despite exceedances. This mirrors MMI's lead cover-up and Dairy Fresh's plume threat to Africatown (33 mg/L in MW-4, 6,600x MCL), violating 36 C.F.R. § 800 by excluding Africatown's historic status. Exposures at Josephine Allen, Bessemer, MMI, and Robbins Chevron caused Amy Powe's cancer death (2016–2017) and Bobby Lee Hill's injuries, demanding $130M and remediation.

## II. BASIS OF CRIMINAL CONSPIRACY AND DATA FALSIFICATION

- **Robbins Chevron Findings:** Depth overlaps (MW-3 6–15 ft, CMW-6 2.90–17.60 ft) and flow data (Exhibit AE, 2004) show intentional underreporting to secure NFA, constituting mail/wire fraud (18 U.S.C. §§ 1341, 1343) and tampering (18 U.S.C. § 1519).
- **Exhibit 149A:** Documents EPA/ADEM collusion to minimize reported contamination, disproportionately harming Africatown's 90% Black community.
- **Supporting Negligence:** Air monitoring failures, CERCLA/RCRA/UST violations, and NHPA breaches (ORANGE FTCA) amplify the harm.

## III. INJURIES AND DAMAGES

- **Deaths:** Amy Powe (cancer), Bobby Lee Hill (undisclosed cause).
- **Injuries:** Neurological damage, cancer risks from benzene/lead exposure.
- **Damages:** $200,000,000 for medical costs, lost wages, and pain, plus injunctive relief.

## IV. AMENDED INJUNCTIVE RELIEF

1. **Remediation:** Address Robbins Chevron and Dairy Fresh USTs per 40 C.F.R. § 280 and CERCLA, 42 U.S.C. § 9605.
2. **Sampling:** Comprehensive groundwater/soil tests in Africatown and Robbins Chevron plume path.

3. **Health Screenings:** Coordinate with ADPH for 1,200 Africatown residents and Robbins Chevron-affected areas.
4. **NPL Evaluation:** Assess Africatown and Robbins Chevron for Superfund listing (42 U.S.C. § 9605).
5. **Community Trust:** Establish fund per Ala. Code § 22-36-1, stewarded by NAEP within 6 months.
6. **Chevron Reopening:** Re-investigate Chevron with independent monitoring.
7. **Public Health:** Assess all residents in contamination pathways, notify of hazards.
8. **Updates:** Quarterly stakeholder reports per 36 C.F.R. § 800.
9. **Coordination:** Immediate EPA-ADPH communication on risks.

## V. LEGAL AUTHORITY FOR CRIMINAL AND SUPPORTING LIABILITY

- **Criminal Conspiracy:** *United States v. Borowski*, 977 F.2d 27 (1st Cir. 1992); *United States v. Pollution Abatement Services*, 763 F.2d 133 (2d Cir. 1985).
- **RICO:** *Sedima, S.P.R.L. v. Imrex Co.*, 473 U.S. 479 (1985).
- **Civil Rights:** *Griffin v. Breckenridge*, 403 U.S. 88 (1971); *Monell v. Dept. of Social Services*, 436 U.S. 658 (1978).
- **Supporting Negligence:** *American Trucking Ass'ns v. EPA*, 175 F.3d 1027; *United States v. Cannons Eng'g Corp.*, 899 F.2d 79; *TVA v. Hill*, 437 U.S. 153; *Meghrig v. KFC Western, Inc.*, 516 U.S. 479; *Preservation Coalition, Inc. v. Pierce*, 667 F.2d 851; *Vill. of Arlington Heights v. Metro. Hous. Dev. Corp.*, 429 U.S. 252; *Indian Towing Co. v. United States*, 350 U.S. 61; *Daubert v. Merrell Dow Pharm.*, 509 U.S. 579.

## VI. AMENDED SUBMISSION REQUIREMENTS

This First Amendment, effective August 19, 2025, enhances the July 25, 2025 filing, incorporating Robbins Chevron data (Exhibits AB–AH) and ORANGE FTCA context. We demand immediate federal action:

- Criminal investigation of the conspiracy (Exhibit 149A, Robbins Chevron findings).
- Protection of community members from ongoing exposure.
- Prosecution of all parties (Chevron, Shell, SECOR, Vines).
- Maximum civil penalties for environmental racism and negligence.

**RESPECTFULLY SUBMITTED,**
Jeffery Harris (Lead Claimant)
1954 Maryvale St
Mobile, AL 36605
Holly Powe, Tyrance Harris, Sharon Denise Fails, Carolyn Powe (Estates of Bobby Lee Hill Jr. and Amy Powe)
**Date:** August 19, 2025