# EXHIBIT 6

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70083230000093993587

Copy Add to Informed Delivery

### Latest Update

Your item has been delivered to the original sender at 10:07 am on December 2, 2025 in WASHINGTON, DC 20460.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, To Original Sender**

WASHINGTON, DC 20460
December 2, 2025 10:07 AM

**See All Tracking History**

What Do USPS Tracking Statuses Mean?

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**