# EXHIBIT 7

**Ghosh, India P (CIV)**

**From:** Redden, Kenneth <Redden.Kenneth@epa.gov>
**Sent:** Monday, January 12, 2026 7:51 PM
**To:** 'harrisjeffery04@gmail.com'
**Subject:** FTCA Denial Decision
**Attachments:** Harris Jeffrey Denial Letter.pdf

Mr. Harris,

Please see the attached decision denying your FTCA claim. We tried to mail the decision to you via USPS certified mail with a return receipt requested. However, those efforts have been unsuccessful. Thank you.

Kenneth A. Redden
Attorney-Advisor/Agency Claims Officer
U.S. EPA
Civil Rights & Finance Law Office
Office of General Counsel
1200 Pennsylvania Ave., N.W.
Mailcode: 2377A
Washington, DC 20460
(202) 564-4707, redden.kenneth@epa.gov