docusign

## Certificate Of Completion

Envelope Id: 84869BEC-6C81-82DE-8345-ABD0AEA3F3A7

Status: Completed

Subject: Complete with Docusign: FTCA_Motion_Leave_Exhibits_A-U_CORRECTED_2026-09-04.pdf

Source Envelope:

| | | |
|---|---|---|
| Document Pages: 3 | Signatures: 5 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Jeffery Harris |
| AutoNav: Enabled | | harrisjeffery04@gmail.com |
| EnvelopeId Stamping: Enabled | | IP Address: 2601:4c4:c180:c |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>9/4/2026 9:26:32 AM | Holder: Jeffery Harris<br>harrisjeffery04@gmail.com | Location: DocuSign |

## Signer Events | Signature | Timestamp

Holly Powe
epowe676@gmail.com
Security Level: Email, Account Authentication (None)




Signature Adoption: Pre-selected Style
Using IP Address: 74.231.224.44
Signed using mobile

Sent: 9/4/2026 9:33:36 AM
Viewed: 9/4/2026 9:52:47 AM
Signed: 9/4/2026 9:53:43 AM

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

Jeffery Harris
harrisjeffery04@gmail.com
Mr.
Security Level: Email, Account Authentication (None)




Signature Adoption: Drawn on Device
Using IP Address:
2601:4c4:c180:cc10:458d:cb0b:d17b:ec7a

Sent: 9/4/2026 9:33:36 AM
Viewed: 9/4/2026 9:33:55 AM
Signed: 9/4/2026 9:34:12 AM

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

Sharon Denise Fails
hilllove58@yahoo.com
Security Level: Email, Account Authentication (None)




Signature Adoption: Drawn on Device
Using IP Address:
2607:fb90:d58c:121b:c9bf:5a91:ff57:d8c4
Signed using mobile

Sent: 9/4/2026 9:33:37 AM
Viewed: 9/4/2026 9:59:56 AM
Signed: 9/4/2026 10:01:18 AM

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

Tyranace Harris
tarell2003@gmail.com
Security Level: Email, Account Authentication (None)




Signature Adoption: Drawn on Device
Using IP Address:
2601:c4:c430:b249:341c:2854:3baa:a303
Signed using mobile

Sent: 9/4/2026 9:33:37 AM
Viewed: 9/4/2026 9:35:11 AM
Signed: 9/4/2026 9:35:35 AM

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

## In Person Signer Events | Signature | Timestamp

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 9/4/2026 9:33:38 AM |
| Certified Delivered | Security Checked | 9/4/2026 9:35:11 AM |
| Signing Complete | Security Checked | 9/4/2026 9:35:35 AM |
| Completed | Security Checked | 9/4/2026 10:01:18 AM |

| Payment Events | Status | Timestamps |
|---|---|---|