**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

JEFFERY JEROME HARRIS; SHARON DENISE FAILS;
TYRANCE HARRIS; and HOLLY POWE,
Plaintiffs,
v.
UNITED STATES OF AMERICA,
Defendant.

**Case No. 1:26-cv-00184-JB-MU**

# NOTICE OF FILING OF PLAINTIFFS' EXHIBITS

Plaintiffs Jeffery Jerome Harris, Sharon Denise Fails, Tyrance Harris, and Holly Powe, appearing pro se, hereby give notice of the filing of the exhibits identified in the Index of Exhibits set forth below (Exhibits A through U). These are the records relied upon in support of Plaintiffs' operative Second Amended Complaint (Doc. 7) and Plaintiffs' Response in Opposition to the United States' Motion to Dismiss (Doc. 14), and referenced therein. The records identified below are true and correct copies of public agency records, court records, and Plaintiffs' own medical and administrative records supporting the allegations of the operative complaint, and are incorporated therein by reference. The “Supports” notation keys each exhibit to the paragraph(s) of the operative complaint it supports.

## INDEX OF EXHIBITS

Ex. A. Plaintiffs' SF-95 administrative tort claims (July 1, July 28, August 19, 2025), operative-claim confirmation (August 20, 2025), and EPA's written denial (January 12, 2026) — EPA Claim No. TOR-25-080053. [Supports ¶¶ 8, 42 · EPA / Plaintiff]

Ex. B. ADEM, State of Alabama Ambient Air Monitoring 2024 Network Plan (June 28, 2024) — Mobile network; no lead monitor in the Mobile network; Troy (01-109-0003) as a state Pb monitor. [Supports ¶¶ 7, 24, 45 · ADEM (public)]

Ex. C. EPA Air Quality System / AirData ambient-air records for Mobile County, Alabama (FIPS 01-097), 2021–2023 — three active monitoring sites, 74 annual records. Establishes that EPA operated NO ambient lead (Pb) monitor in Mobile County during these years. [Supports ¶¶ 7, 45 · EPA (public)]

Ex. D. ADEM Underground Storage Tank file — Dairy Fresh (UST100902 / Facility ID 13905; ALSI9949702); ARCADIS assessment and monitoring-well reports (MW-7, Form CP44), 2023 data. [Supports ¶¶ 23, 44 · ADEM (public)]

Ex. E. ADEM Underground Storage Tank file — Stop-N-Go (Master ID 9544) and Eddie's Mart (Forms CP13 / CP21) — free-product gauging and MTBE groundwater plume. [Supports ¶¶ 23, 44 · ADEM (public)]

Ex. F. EPA Region 5 Master Metals record set (EPA ID OHD097613871): 1993 EPA Ambient Lead Report (Memo #200322); soil-lead reports (Compliance Technologies 1/21/1991; Ecology & Environment 8/13/1992); AOC 228788 (10/23/1997) and related memoranda; SDMS demographic analysis. This is the Cleveland/Region 5 lead record set. [Supports ¶¶ 27–29 · EPA (public)]

Ex. G. U.S. Census (1880; FamilySearch ark:/61903/3:1:33SQ-GYY8-3F9C) and EPA EJScreen demographic / environmental-justice report — Africatown / Prichard census tract(s). [Supports ¶¶ 17, 45 · Census / EPA (public)]

Ex. H. District One Medical Examiner report, Bobby Lee Hill Jr. (Case 251098-MLO), and exposure history. [Supports ¶¶ 14, 41 · D1 ME / Plaintiff]

Ex. I. Plaintiffs' medical records — J. Harris (VA / SLE / PACT-Act TERA; MRIs MR-24-0002958 & MR-26-0002304; Duke Spine); S. Fails; T. Harris; H. Powe. [Supports ¶¶ 1–5, 12, 15, 32–36 · Plaintiffs]

Ex. J. Related dockets — U.S. ex rel. Harris v. Chevron, 1:26-cv-73-TFM-MU (S.D. Ala.); Harris v. ExxonMobil, 1:25-cv-00414 (N.D. Ohio); Mobile Baykeeper v. Alabama Power (11th Cir.). [Supports ¶¶ 8–9, 30 · Court records]

Ex. K. EPA OIG referral / correspondence — Criminal Investigation Case No. 2025-6047-31 (SA Michael Durnin). [Supports ¶¶ 8, 59 · EPA OIG / Plaintiff]

Ex. L. ADEM Open Records Response (July 16, 2025) — written "NO RECORDS" confirmation as to air/soil lead monitoring in the Africatown / Prichard corridor, 1980–1984. [Supports ¶ 18 · ADEM (public)]

Ex. M. EPA Air Quality System historical monitor — 248 Cox Street, Mobile (AQS site 01-097-1002): ambient LEAD (Pb, TSP) and a heavy-metals panel, 1980–1995. This historical Mobile lead monitor explains why the current network (Exhibit C) shows no Pb site — lead monitoring here ran through 1995 and was later discontinued. [Supports ¶¶ 21–22 · EPA (public)]

Ex. N. EPA Air Quality System lead monitor — Troy / Henderson Road (AQS site 01-109-0003, Pike County): ambient LEAD (Pb, TSP) annual means and maxima, 2020–2025, primary (POC 1) and collocated QA (POC 2) samplers. [Supports ¶¶ 24, 45 · EPA (public)]

Ex. O. Rachel Vines / ADEM memorandum (May 3, 2005; EPA Memo #057910830) — Chevron well closure vs. Shell continued monitoring (formerly cited "Ex. 149A"). [Supports ¶¶ 25, 40, 45 · ADEM / EPA (public)]

Ex. P. Gorgas Steam Plant / Alabama Power coal-combustion-residuals (CCR) records — ADEM Permit 64-12, APCo closure plans and asbestos (ACM) documentation. Penalty stated precisely: the Gorgas administrative penalty was $250,000 (Administrative Order 18-096-GW, Aug. 15, 2018), one of five identical $250,000 Alabama Power orders that together total $1.25 million; the full $1.25 million is not attributable to Gorgas alone. [Supports ¶ 30 · ADEM / Ala. Power (public)]

Ex. Q. Georgia-Pacific Brewton LLC — EPA Toxics Release Inventory (TRI) reporting record (TRI Facility ID 36426CNTNRHIGHW; Brewton, Escambia County, AL; EPA Region 4), reporting years 1987–2024. Per-chemical reported releases for RY2024 included. [Supports ¶ 31 · EPA TRI (public)]

Ex. R. Discoid lupus documentation — dermatopathology biopsy DL21-37415 (June 7, 2021) and dated clinical photographs (Aug. 29, 2020–Jan. 22, 2025). [Supports ¶¶ 33, 53 · Plaintiff]

Ex. S. Portable-XRF bone-lead testing methodology — expert statement of Dr. Aaron Specht, pXRF attenuation specification, and provisional bone-lead attenuation algorithm supporting the radiological read. [Supports ¶¶ 37, 55 · Expert statement / Plaintiff]

Ex. T. Reuben et al. — childhood lead exposure and cognitive-function study (JAMA Psychiatry). [Supports ¶ 38 · Published literature]

Ex. U. VA / PACT-Act cost-shift documentation — Alabama Medicaid payment and cost-shift records (Oct. 2019–Sep. 2025) and the public Congressional Research Service report on VA/Medicaid cost-shift. [Supports ¶¶ 1, 54 · Ala. Medicaid / Plaintiff]

Exhibits are keyed to the operative Second Amended Complaint (No. 1:26-cv-00184-JB-MU, S.D. Ala.). The lettered scheme A–U supersedes earlier numbered references (e.g., the document formerly cited "Exhibit 149A" is now Exhibit O).

Respectfully submitted this 4th day of september, 2026.

DocuSigned by:
sig_harris_main
/s/ ____________________
5141111185FC443...

**Jeffery Jerome Harris, Plaintiff, Pro Se**

2054 Height Street, Mobile, Alabama 36605
(228) 819-0118 | harrisjeffery04@gmail.com

Signed by:
sig_fails
/s/ ____________________
667535ADD098480...

**Sharon Denise Fails, Plaintiff, Pro Se**

DocuSigned by:
sig_tyrance
/s/ ____________________
2130AD0D4EFD4D7...

**Tyrance Harris, Plaintiff, Pro Se**

Docusign Envelope ID: 262F6033-6B24-8D90-82E8-CB49424AE6E4


Signed by:

/s/ ________________________________________

B9C09F2EFED94FD...

**Holly Powe, Plaintiff, Pro Se**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4 day of September, 2026, I electronically filed the foregoing Notice of Filing of Plaintiffs' Exhibits with the Clerk of Court using the CM/ECF system, which will serve notice of the filing on all counsel of record for the Defendant, the United States of America.

DocuSigned by:

/s/ ________________________________________

5141111185FC443...

**Jeffery Jerome Harris, Plaintiff, Pro Se**