**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JEFFREY JEROME HARRIS; SHARON DENISE FAILS; TYRANCE HARRIS; and HOLLY POWE,**<br>**Plaintiffs,**<br>**vs.**<br>**UNITED STATES OF AMERICA,**<br>**Defendant.** | **Civil No. 1:26-cv-00184-JB-MU** |

**RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS**

Defendant the United States of America (the "United States") reviewed Plaintiffs' Motion for Leave to File Exhibits A through U in Support of Their Opposition to the United States' Motion to Dismiss (Doc. 16) and their attached exhibits (Docs. 16-1 through 16-20). The United States does not oppose either Plaintiffs' motion or the attached exhibits.[1]

DATED: September 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
JONATHAN GUYNN
Deputy Assistant Attorney General
J. PATRICK GLYNN
Director, Torts Branch
LACRESHA JOHNSON
Assistant Director

*/s/ I. Priyanka Ghosh*
I. Priyanka Ghosh
Trial Attorney
Civil Division, Torts Branch
P.O. Box 340

[1] The United States notes that Plaintiffs filed materials outside of the exhibits cited in Second Amended Complaint (Doc. 7), including Plaintiff Jeffery Harris's emails with EPA (Doc. 16-8), Plaintiff Jeffery Harris' provisional patent application (Doc. 16-18) and a Congressional Research Service report on Medicaid enrollment data (Doc. 16-20).

Washington, D.C. 20044

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I certify that on September 15, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such to Plaintiff Jeffery Jerome Harris, and I certify that the following document has been mailed by United States Postal Service, postage prepaid, to the following non-CM/ECF participants:

Sharon Denise Fails
1900 Shelton Beach Road Ext., Apt 1004
Mobile, AL 36618

Tyrance Harris
3855 Autumndale Drive
Mobile, AL 36618

Holly Powe
1117 North Dr. Martin Luther King Jr. Drive
Mobile, AL 36610

*/s/ I. Priyanka Ghosh*
I. PRIYANKA GHOSH
Trial Attorney, Torts Branch
Environmental Tort Litigation Section
DC Bar No. 1779863