**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

JEFFERY HARRIS, et al., )
Plaintiffs, )
)
v. ) Civil Action No. 1:26-cv-00184-JB-MU
)
UNITED STATES OF AMERICA, )
Defendant. )

**ORDER**

This matter is before the Court on Plaintiff Jeffery Harris's Motion to Correct Three Exhibits to Document 16 and to Seal an Inadvertently-Filed Provisional Patent Application. The motion is unopposed. Upon consideration, and finding good cause, it is ORDERED that the motion is GRANTED as follows:

1. Plaintiff Jeffery Harris may substitute a corrected exhibit at CM/ECF slot 16-8 containing only the Environmental Protection Agency correspondence; the genealogical record inadvertently included is withdrawn.

2. Plaintiff Jeffery Harris may substitute a corrected Exhibit S at CM/ECF slot 16-18 containing only the seven-page expert report of Dr. Aaron Specht.

3. The provisional patent application inadvertently filed at slot 16-18, and lodged separately in camera under seal, shall be SEALED in its entirety. The Clerk is directed to restrict the original docket entry at slot 16-18 so that the inadvertently-filed patent pages are no longer publicly accessible.

4. The exhibit at CM/ECF slot 16-20 is WITHDRAWN.

5. The corrected exhibit set shall stand as the record supporting the pending motions.

DONE and ORDERED this ____ day of __________, 2026.

____________________________________

UNITED STATES DISTRICT JUDGE