Gmail

Jeffery Harris <harrisjeffery04@gmail.com>

---

## Unaddressed Corrective Plan for AFRICATOWN/Prichard Health Crisis

---

**Jeffery Harris** <harrisjeffery04@gmail.com> Mon, Aug 25 at 1:09 PM
To: Redden, Kenneth <Redden.Kenneth@epa.gov>
Cc: hilllove58@yahoo.com <hilllove58@yahoo.com>, <epowe676@gmail.com>, <tarell2003@gmail.com>, <jlouard@naacpnet.org>, <hoang.anhthu@epa.gov>, <cbrowner@cov.com>, <blackman.daniel@epa.gov>, <civilrights@usdoj.gov>, <mobile@ic.fbi.gov>, <contact@tuberville.senate.gov>, <contact@britt.senate.gov>, <terri.sewell@mail.house.gov>, <cdcinfo@cdc.gov>, <info@mchd.org>

To all CC parties your participation is greatly needed in resolving the chronic health and environmental justice concerns in Mobile county.

Dear Mr. Redden, I will be taking your advice and forwarding the DOJ Rico referral for Rachel vine et al to OIG. Your July 27, 2025, 5:20 PM response confirmed receipt of my FTCA claims (July 1, July 28, August 19) but did not address my request for a corrective plan to tackle the health crisis in Africatown and Prichard (Zip 36610, 45-90% Black). These communities face severe contamination: 68,000 ppb BTEX, 8.30 mg/L lead, and 2,500 µg/L benzene, with no VOC or lead air monitoring since 1990-a 33-38-year gap violating 40 C.F.R. § 58. This has caused deaths (Bobby L. Hill, Amy Powe) and asthma rates 20% above the national average. Under 28 U.S.C. § 2674 (negligence) and Title VI (42 U.S.C. § 2000d), this demands urgent action. Per your suggestion, I'm submitting full reports to the EPA OIG to investigate fraud and data falsification (Exhibit 149A, EPA memo) involving EPA Region 4, ADM, Chevron, and Shell. Attached are the Africatown and Dairy Fresh reports for your reference. Please provide a corrective plan for VOC/lead monitoring and CDC health studies promptly to address these ongoing harms.
Regards, Jeffery Harris

On Mon, Aug 25, 2025 at 10:20 AM Redden, Kenneth <Redden.Kenneth@epa.gov> wrote:

> Good morning Mr. Harris,
>
> Please feel free to send your criminal matters to EPA's Office of Inspector General:
>
> ### Inspector General Hotline - Recognizing Fraud, Waste and Abuse
>
> **Phone:** 888-546-8740
> **E-mail:** OIG_Hotline@epa.gov
> **Type of Coverage:** The EPA Office of Inspector General (OIG) hotline is staffed by federal law enforcement agents.
> **Description:** The EPA OIG hotline receives complaints of fraud, waste, and abuse in EPA programs and operations including mismanagement or violations of law, rules, or regulations by EPA employees or program participants. Complaints may be received directly from EPA employees, participants in EPA programs, or the general public.
>
> Thank you.
>
> Kenneth A. Redden

Attorney-Advisor/Agency Claims Officer

U.S. EPA

Civil Rights & Finance Law Office

Office of General Counsel

1200 Pennsylvania Ave., N.W.

Mailcode: 2377A

Washington, DC 20460

(202) 564-4707, redden.kenneth@epa.gov

---

**From:** Jeffery Harris <harrisjeffery04@gmail.com>
**Sent:** Saturday, August 23, 2025 3:09 PM
**To:** Redden, Kenneth <Redden.Kenneth@epa.gov>
**Cc:** hilllove58@yahoo.com
**Subject:** Re: FTCA Claim Acknowledgement

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Dear Mr. Redden Your late 5:20 PM response (July 27, 2025) confirmed my FTCA claims (~July 1, ~July 28th , Aug 19 2025) but ignored criminal conspiracy and data falsification (Exhibit 149A, EPA Memo #057910830) by EPA Region 4, ADEM, Chevron, and Shell in Africatown, AL. By August 30, 2025, 5:00 PM CDT, provide a corrective plan, or I escalate to DOJ (environment_crimes@usdoj.gov) and FBI (tips.fbi.gov), as with Master Metals Inc. (FTCA 25:00414PAB). ADPH is notified.

On Wed, Aug 20, 2025 at 5:19 PM Redden, Kenneth <Redden.Kenneth@epa.gov> wrote:

> Good evening Mr. Harris,
>
> The Office of General Counsel for the U.S. Environmental Protection Agency hereby acknowledges receipt of your claim.  Specifically, we have received a claim dated July 1, 2025, for $500,000; a claim dated July, 28, 2025 for $130,000,000; and a claim dated August 19, 2025, for $200,000,000.  You have requested that each claim submitted supersede its predecessor.  Therefore, the Agency is proceeding with consideration of your FTCA administrative claim dated August 19, 2025, in the amount of $200,000,000.

Thank you.

Kenneth A. Redden

Attorney-Advisor/Agency Claims Officer

U.S. EPA

Civil Rights & Finance Law Office

Office of General Counsel

1200 Pennsylvania Ave., N.W.

Mailcode: 2377A

Washington, DC 20460

(202) 564-4707, redden.kenneth@epa.gov

GOLD AFRICA TOWN REPORT.docx, DAIRY FRESH CONTAMINATION REPORT.docx, Dairy Fresh DOJ referral.docx

Gmail

Jeffery Harris <harrisjeffery04@gmail.com>

---

**Unaddressed Corrective Plan for AFRICATOWN/Prichard Health Crisis**

---

**Jeffery Harris** <harrisjeffery04@gmail.com> Mon, Aug 25 at 1:09 PM
To: Redden, Kenneth <Redden.Kenneth@epa.gov>
Cc: hilllove58@yahoo.com <hilllove58@yahoo.com>, <epowe676@gmail.com>, <tarell2003@gmail.com>, <jlouard@naacpnet.org>, <hoang.anhthu@epa.gov>, <cbrowner@cov.com>, <blackman.daniel@epa.gov>, <civilrights@usdoj.gov>, <mobile@ic.fbi.gov>, <contact@tuberville.senate.gov>, <contact@britt.senate.gov>, <terri.sewell@mail.house.gov>, <cdcinfo@cdc.gov>, <info@mchd.org>

To all CC parties your participation is greatly needed in resolving the chronic health and environmental justice concerns in Mobile county.

Dear Mr. Redden, I will be taking your advice and forwarding the DOJ Rico referral for Rachel vine et al to OIG. Your July 27, 2025, 5:20 PM response confirmed receipt of my FTCA claims (July 1, July 28, August 19) but did not address my request for a corrective plan to tackle the health crisis in Africatown and Prichard (Zip 36610, 45-90% Black). These communities face severe contamination: 68,000 ppb BTEX, 8.30 mg/L lead, and 2,500 µg/L benzene, with no VOC or lead air monitoring since 1990-a 33-38-year gap violating 40 C.F.R. § 58. This has caused deaths (Bobby L. Hill, Amy Powe) and asthma rates 20% above the national average. Under 28 U.S.C. § 2674 (negligence) and Title VI (42 U.S.C. § 2000d), this demands urgent action. Per your suggestion, I'm submitting full reports to the EPA OIG to investigate fraud and data falsification (Exhibit 149A, EPA memo) involving EPA Region 4, ADM, Chevron, and Shell. Attached are the Africatown and Dairy Fresh reports for your reference. Please provide a corrective plan for VOC/lead monitoring and CDC health studies promptly to address these ongoing harms.
Regards, Jeffery Harris

On Mon, Aug 25, 2025 at 10:20 AM Redden, Kenneth <Redden.Kenneth@epa.gov> wrote:

> Good morning Mr. Harris,
>
> Please feel free to send your criminal matters to EPA's Office of Inspector General:
>
> **Inspector General Hotline - Recognizing Fraud, Waste and Abuse**
>
> **Phone:** 888-546-8740
> **E-mail:** OIG_Hotline@epa.gov
> **Type of Coverage:** The EPA Office of Inspector General (OIG) hotline is staffed by federal law enforcement agents.
> **Description:** The EPA OIG hotline receives complaints of fraud, waste, and abuse in EPA programs and operations including mismanagement or violations of law, rules, or regulations by EPA employees or program participants. Complaints may be received directly from EPA employees, participants in EPA programs, or the general public.
>
> Thank you.
>
> Kenneth A. Redden

Attorney-Advisor/Agency Claims Officer

U.S. EPA

Civil Rights & Finance Law Office

Office of General Counsel

1200 Pennsylvania Ave., N.W.

Mailcode: 2377A

Washington, DC 20460

(202) 564-4707, redden.kenneth@epa.gov

---

**From:** Jeffery Harris <harrisjeffery04@gmail.com>
**Sent:** Saturday, August 23, 2025 3:09 PM
**To:** Redden, Kenneth <Redden.Kenneth@epa.gov>
**Cc:** hilllove58@yahoo.com
**Subject:** Re: FTCA Claim Acknowledgement

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Dear Mr. Redden Your late 5:20 PM response (July 27, 2025) confirmed my FTCA claims (~July 1, ~July 28th , Aug 19 2025) but ignored criminal conspiracy and data falsification (Exhibit 149A, EPA Memo #057910830) by EPA Region 4, ADEM, Chevron, and Shell in Africatown, AL. By August 30, 2025, 5:00 PM CDT, provide a corrective plan, or I escalate to DOJ (environment_crimes@usdoj.gov) and FBI (tips.fbi.gov), as with Master Metals Inc. (FTCA 25:00414PAB). ADPH is notified.

On Wed, Aug 20, 2025 at 5:19 PM Redden, Kenneth <Redden.Kenneth@epa.gov> wrote:

> Good evening Mr. Harris,
>
> The Office of General Counsel for the U.S. Environmental Protection Agency hereby acknowledges receipt of your claim. Specifically, we have received a claim dated July 1, 2025, for $500,000; a claim dated July, 28, 2025 for $130,000,000; and a claim dated August 19, 2025, for $200,000,000. You have requested that each claim submitted supersede its predecessor. Therefore, the Agency is proceeding with consideration of your FTCA administrative claim dated August 19, 2025, in the amount of $200,000,000.

Thank you.

Kenneth A. Redden

Attorney-Advisor/Agency Claims Officer

U.S. EPA

Civil Rights & Finance Law Office

Office of General Counsel

1200 Pennsylvania Ave., N.W.

Mailcode: 2377A

Washington, DC 20460

(202) 564-4707, redden.kenneth@epa.gov

GOLD AFRICA TOWN REPORT.docx, DAIRY FRESH CONTAMINATION REPORT.docx, Dairy Fresh DOJ referral.docx