PURDUE
UNIVERSITY

**Expert Report of: Dr. Aaron Specht**

**In the matter of: Cumulative Lead Testing**

December 29, 2025

## I. Qualifications

I am a board-certified medical physicist. I am an Assistant Professor of Health Physics at Purdue University. I am a Visiting Scientist at the Harvard T.H. Chan School of Public Health where I also serve as the Director for the HSPH NIEHS Trace Metals Lab in the department of Environmental Health. I got my BS in Physics and PhD in Medical Physics and Exposure Assessment from Purdue University. I did postdoctoral training for 3 years at the Harvard T.H. Chan School of Public Health in Occupational and Environmental Health and Epidemiology. In 2022, I was named a JPB Harvard Environmental Health Fellow.

I have spent more than 15 years doing Environmental Health research on lead exposure and measuring bone lead. I have developed methods to allow us to measure critical biomarkers of exposure to lead – including bone lead. During my career, I measured over 40,000 individuals for bone lead and produced more than 70 related publications involving environmental exposures. During my work, I was accepted as an expert at trial related to the Flint Water Crisis, and several other lead related trials, where I identified cumulative exposure in the community members using x-ray fluorescence technology. As reflected in my CV, I have published over seventy peer reviewed articles in the last ten years.

## II. Findings Offered

### Lead Exposure Generally

Lead is a known toxicant having wide ranging negative effects throughout the body with a particular impact on neurodevelopment. Even dating back to Roman times, lead's deleterious effects in the body were recognized. Lead used to be more ubiquitously used in paints and gasoline, which created serious exposures nationwide. As a result, many deaths were attributable directly to lead. In the 1990's, many studies showed the drastic negative impacts lead was having on the population including serious effects such as cardiovascular disease (Navas-Acien et al., 2007), neurodevelopmental deficits (Canfield et al., 2003), and death (Weisskopf et al., 2009). There was a drastic public health intervention to reduce these known issues and improve health

HAMP, Room 1273 ■ 550 West Stadium Ave ■ West Lafayette, IN 47907
(765) 496-0770 ■ Fax: (765) 496-1377

by removing lead from both paint and gasoline, which resulted in a drastic reduction in lead exposures nationwide (Dignam et al., 2019).

However, even after these reductions, it was determined that even lower levels of lead exposure continued to show these drastic influences on neurodevelopment (Canfield et al., 2003; Jusko et al., 2008; Lanphear et al., 2005; Lanphear et al., 2018). Communities still experience lead exposures from sources other than paint and gasoline, which caused continued health issues. For this reason, the Centers for Disease Control reduced the actionable level of lead exposure from 10 ug/dL to 5 ug/dL (Dignam et al., 2019) and most recently the reference level has been further reduced to 3.5 ug/dL. Despite these reference values, the scientific community, Centers for Disease Control, Environmental Protection Agency, and World Health Organization recognizes that there is no safe level of lead exposure.

Lead can be absorbed through oral ingestion, inhalation, and dermal absorption in the body. Children have been shown to be much more susceptible to ingested lead than adults with 40-50% of lead dose orally ingested ultimately being absorbed in the body (United States. Agency for Toxic Substances and Disease Registry., 2007).

**Lead Surveillance**

The primary means of surveilling lead exposure in humans relies on blood testing. Lead in blood, although taken as standard in these surveillance settings, has many situations in which its capabilities as a biomarker of exposure are severely lacking (Rabinowitz, 1991). Blood lead is a biomarker that is highly linked with the turnover of red blood cells in the body, as red blood cells are the primary Carriers of lead in blood (O'Flaherty, 1998). Thus, in adults, lead in blood has been repeatedly shown to only reflect recent exposures with a half-life of about 30 days (Nilsson et al., 1991). This means that if we measured an adult who was severely exposed one month ago, we would only be able to identify half of the exposure from our lagged measurement. This effect introduces a great deal of uncertainty into a single measurement of blood lead, as, in any given week, the blood lead could change by more than 50%. In order to properly assess the exposure to lead over time using blood lead, there would need to be serial measurements taken over many weeks at the known point of highest exposure.

Bone lead testing is the most valuable tool for accurately determining cumulative exposure to lead over years to decades. When lead gets in the body, it acts similarly to calcium, as they have similar binding properties (Rabinowitz, 1991). As a consequence, lead can disrupt critical neural pathways reliant on calcium channels, as well as produce many other ill-effects throughout the body (Bressler & Goldstein, 1991). Lead will also replace calcium in bone. Not only is lead in bone a good marker of overall exposure, but, since it is directly related to disruption in calcium metabolism, it is a proxy for lead's effects in the brain and throughout the

body (United States. Agency for Toxic Substances and Disease Registry., 2007). Bone lead represents the amount of lead that successfully fooled the body into thinking it was calcium. Thus, bone lead is a good proxy for how much lead has impacted the brain by fooling the calcium pathways in the brain. This is what makes bone such an excellent marker of exposure.

Additionally, since bone changes slowly in the body, studies have shown that lead measured from bone is reflective of years to decades worth of exposure due to the slow kinetic processes of bone remodeling – final studies indicated a half-life ranging from 5-30 years depending on age of the individual (Barbosa et al., 2005; Nilsson et al., 1991; Rabinowitz, 1991). Thus, a single measurement of bone lead reflects the lead exposure during a time period of potential exposure from an acute or chronic source in an individual's past. Thus, we can use bone lead to identify lead exposure that was missed due to the poor temporality, high uncertainty, and unavailability of blood lead testing from years prior.

Bone lead can be measured in a variety of ways, but the most successful and least invasive method is a tool utilizing x-ray fluorescence (XRF) (Hu et al., 1989; Todd et al., 2001; Wielopolski et al., 1986). In XRF, an X-ray source generates a photon beam that passes through the sample. The photon transfers the energy and displaces an electron from atoms in the sample. Displacement of this electron makes the sample atoms unstable and electrons jump from outer orbitals to lower orbitals releasing fluorescence, characteristic of the element of each atom. The fluorescence in the form of secondary X-rays is measured by a radiation spectrometer and the rate of determination of these secondary rays gives the elemental concentration present in the sample. XRF has been used for decades to determine the bone lead level of individuals from children to adults in a variety of different settings (Bleecker et al., 1995; Grashow et al., 2013; McNeill et al., 2000; Specht, Lin, et al., 2018; Wielopolski et al., 1986).

Lead can be measured at multiple energies particular to the XRF device, the K- and L-shell. K and L are reflective of the electron orbitals in which the measurement arose. K-shell requires the use of a radioisotope source or a high energy radiation source. L-shell can be used with either radioisotope or x-ray tube sources. Both have been used successfully in measurement of bone lead (Hu et al., 1989; Todd et al., 2001; Wielopolski et al., 1986). There have been a number of iterations of these XRF devices to gradually make this measurement of bone lead easier through the years.

Measurement of bone lead has become much more convenient as the capabilities of the XRF technology has improved. The first devices to measure bone lead (K-shell) utilized a radioisotope source (cobalt-57 and cadmium-109), which made the devices themselves fairly difficult to obtain and operate (Hu et al., 1989). The measurement systems were also incredibly large, requiring special high-purity germanium detectors with liquid nitrogen cooling in order to operate properly. Finally, the measurements were slow with each measurement taking 30

minutes to complete. Thus, the initial XRF bone lead measurement systems were incredibly large, difficult to obtain, difficult to operate, and took a significant amount of time for each measurement.

Improvements in low energy (L-shell) x-ray detection led to advancements of low energy XRF technology (Nie et al., 2011; Specht et al., 2014; Wielopolski et al., 1986). Previous L-shell measurement systems had similar long measurement times as the K-shell systems in order to reach detection limits needed for measurement of bone lead. In the early 2000's, low energy x-ray detector systems vastly improved in both the maximum counts per second (resolving time) and energy resolution, which would drastically lower the detection limits and, most importantly, the measurement times with these devices. The current standard L-shell XRF utilizes a portable form factor and boasts a 3-minute measurement time to achieve equivalent detection limits to conventional XRF devices (Specht et al., 2014). This allows for easy, convenient measurements of bone lead in field environments and the ability for widespread testing for cumulative lead exposure.

The current portable XRF measures the same bone lead measurement as has been done decades prior. This has been verified in theoretical, human, animal, and lab settings using multiple methodologies for validation (Nie et al., 2011; Specht, Dickerson, et al., 2019; Specht, Kirchner, et al., 2019; Specht et al., 2016; Specht, Parish, et al., 2018; Specht et al., 2014). With the advent of the technology, the portable XRF was initially tested in lab samples of goat bones and cadaver bones via a scientific process where the results were peer reviewed (Specht, Weisskopf et al. 2014). As the method was improved, the units of the bone measurements were verified by using standard techniques like inductively coupled plasma mass spectrometry as a verification (Specht, Parish et al. 2018, Specht, Kirchner et al. 2019). In addition, a peer-reviewed verification process was undertaken to determine the most suitable testing location for humans and validity of that data (Specht, Dickerson et al. 2019, Zhang, Specht et al. 2021). The device x-rays give a small radiation exposure, which is equivalent to that of standing outside for about 9 hours with natural cosmic sources of radiation or equivalent to 1/3rd of a single dental x-ray (Specht, Zhang, et al., 2019).

Reference studies of bone lead have been completed in a few comparable groups for recent environmental exposures, legacy leaded gasoline exposures, and within groups of communities with known exposure sources from industry. Populations of adults that do not have blood lead levels typically considered elevated, can still have bone lead levels consistent with that of an elevated level of exposure. Bone lead in adults from a study in Toronto showed a level on average of about 3.4 μg/g bone mineral for those with an average age of 43 (McNeill, Fisher et al. 2017). From the same study, those with an average age of 29 years, 56.5 years, and 70.4 years had a bone lead measurement of 0.9, 6.0, and 6.5 μg/g bone mineral respectively (McNeill, Fisher et al. 2017). Since the initial recruitment for this study took place in 2009 and 2011, these

measures corrected to 2024 would be 0.5, 1.9, 3.4, and 3.7 μg/g bone mineral for those average age of 29, 43, 56.5, and 70.4 years respectively. This study represents the best comparison group for a typical North American population and are meant to give a frame of reference for what a typical lead exposure would be for someone in any given community in the US population.

Respectfully Submitted,

Aaron Specht, PhD
Assistant Professor
School of Health Sciences
Purdue University

**Articles Referenced in Report or Considered in Rendering Opinion**


Barbosa, F., Jr., Tanus-Santos, J. E., Gerlach, R. F., & Parsons, P. J. (2005). A critical review of biomarkers used for monitoring human exposure to lead: advantages, limitations, and future needs. *Environ Health Perspect*, *113*(12), 1669-1674.

Bleecker, M., Mcneill, F., Lindgren, K., Masten, V., & Ford, D. P. (1995). Relationship between bone lead and other indices of lead exposure in smelter workers. *Toxicology Letters*, *77*, 241-248.

Bressler, J. P., & Goldstein, G. W. (1991). Mechanisms of lead neurotoxicity. *Biochem Pharmacol*, *41*(4), 479-484.

Canfield, R. L., Henderson, C. R., Cory-Slechta, D. A., Cox, C., Jusko, T. A., & Lanphear, B. P. (2003). Intellectual impairment in children with blood lead concentrations below 10 μg per deciliter. *N Engl J Med*, *348*(16), 26.

Dignam, T., Kaufmann, R. B., LeStourgeon, L., & Brown, M. J. (2019). Control of Lead Sources in the United States, 1970-2017: Public Health Progress and Current Challenges to Eliminating Lead Exposure. *J Public Health Manag Pract*, *25 Suppl 1, Lead Poisoning Prevention*, S13-S22. https://doi.org/10.1097/PHH.0000000000000889

Grashow, R., Spiro, A., Taylor, K. M., Newton, K., Shrairman, R., Landau, A., . . . Weisskopf, M. (2013). Cumulative lead exposure in community-dwelling adults and fine motor function: comparing standard and novel tasks in the VA normative aging study. *Neurotoxicology*, *35*, 154-161. https://doi.org/10.1016/j.neuro.2013.01.005

Hu, H., Milder, F. L., & Burger, D. E. (1989). X-ray fluorescence: issues surrounding the application of a new tool for measuring burden of lead. *Environ Res*, *49*(2), 295-317.

Jusko, T. A., Henderson, C. R., Lanphear, B. P., Cory-Slechta, D. A., Parsons, P. J., & Canfield, R. L. (2008). Blood lead concentrations < 10 microg/dL and child intelligence at 6 years of age. *Environ Health Perspect*, *116*(2), 243-248. https://doi.org/10.1289/ehp.10424

Lanphear, B. P., Hornung, R., Khoury, J., Yolton, K., Baghurst, P., Bellinger, D. C., . . . Roberts, R. (2005). Low-level environmental lead exposure and children's intellectual function: an international pooled analysis. *Environ Health Perspect*, *113*(7), 894-899.

Lanphear, B. P., Rauch, S., Auinger, P., Allen, R. W., & Hornung, R. W. (2018). Low-level lead exposure and mortality in US adults: a population-based cohort study. *Lancet Public Health*, *3*(4), e177-e184. https://doi.org/10.1016/S2468-2667(18)30025-2

McNeill, F. E., Fisher, M., Chettle, D. R., Inskip, M., Healey, N., Bray, R., . . . Arbuckle, T. E. (2017). The decrease in population bone lead levels in Canada between 1993 and 2010 as assessed by in vivo XRF. *Physiol Meas*, *39*(1), 015005. https://doi.org/10.1088/1361-6579/aa904f

McNeill, F. E., Stokes, L., Brito, J. A., Chettle, D. R., & Kaye, W. E. (2000). 109Cd K x ray fluorescence measurements of tibial lead content in young adults exposed to lead in early childhood. *Occup Environ Med*, *57*(7), 465-471.

Navas-Acien, A., Guallar, E., Silbergeld, E. K., & Rothenberg, S. J. (2007). Lead exposure and cardiovascular disease--a systematic review. *Environ Health Perspect*, *115*(3), 472-482. https://doi.org/10.1289/ehp.9785

Nie, H., Sanchez, S., Newton, K., Grodzins, L., Cleveland, R. O., & Weisskopf, M. G. (2011). In vivo quantification of lead in bone with a portable x-ray fluorescence system--methodology and feasibility. *Phys Med Biol*, *56*(3), N39-51. https://doi.org/10.1088/0031-9155/56/3/N01

Nilsson, U., Attewell, R., Christoffersson, J. O., Schutz, A., Ahlgren, L., Skerfving, S., & Mattsson, S. (1991). Kinetics of lead in bone and blood after end of occupational exposure. *Pharmacol Toxicol*, *68*(6), 477-484.

O'Flaherty, E. J. (1998). A physiologically based kinetic model for lead in children and adults. *Environ Health Perspect*, *106 Suppl 6*, 1495-1503. https://doi.org/10.1289/ehp.98106s61495

Rabinowitz, M. B. (1991). Toxicokinetics of bone lead. *Environ Health Perspect*, *91*, 4.

Specht, A. J., Dickerson, A. S., & Weisskopf, M. G. (2019). Comparison of bone lead measured via portable x-ray fluorescence across and within bones. *Environ Res*, *172*, 273-278. https://doi.org/10.1016/j.envres.2019.02.031

Specht, A. J., Kirchner, K. E., Weisskopf, M. G., & Pokras, M. A. (2019). Lead exposure biomarkers in the Common Loon. *Sci Total Environ*, *647*, 639-644. https://doi.org/10.1016/j.scitotenv.2018.08.043

Specht, A. J., Lin, Y., Weisskopf, M., Yan, C., Hu, H., Xu, J., & Nie, L. H. (2016). XRF-measured bone lead (Pb) as a biomarker for Pb exposure and toxicity among children diagnosed with Pb poisoning. *Biomarkers*, *21*(4), 347-352. https://doi.org/10.3109/1354750X.2016.1139183

Specht, A. J., Lin, Y., Xu, J., Weisskopf, M., & Nie, L. H. (2018). Bone lead levels in an environmentally exposed elderly population in shanghai, China. *Sci Total Environ*, *626*, 96-98. https://doi.org/10.1016/j.scitotenv.2018.01.091

Specht, A. J., Parish, C. N., Wallens, E. K., Watson, R. T., Nie, L. H., & Weisskopf, M. G. (2018). Feasibility of a portable X-ray fluorescence device for bone lead measurements

of condor bones. *Sci Total Environ*, *615*, 398-403. https://doi.org/10.1016/j.scitotenv.2017.09.123

Specht, A. J., Weisskopf, M., & Nie, L. H. (2014). Portable XRF Technology to Quantify Pb in Bone In Vivo. *J Biomark*, *2014*, 398032. https://doi.org/10.1155/2014/398032

Specht, A. J., Zhang, X., Goodman, B. D., Maher, E., Weisskopf, M. G., & Nie, L. H. (2019). A Dosimetry Study of Portable X-ray Fluorescence in Vivo Metal Measurements. *Health Phys*, *116*(5), 590-598. https://doi.org/10.1097/HP.0000000000000971

Todd, A. C., Moshier, E. L., Acostaoll, S., & Casteel, S. W. (2001). Validation of X-ray fluorescence-measured Swine femur lead against atomic absorption spectrometry. *Environ Health Perspect*, *109*(11), 1115-1119.

United States. Agency for Toxic Substances and Disease Registry. (2007). *Toxicological profile for lead*. U.S. Dept. of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry,.

Weisskopf, M. G., Jain, N., Nie, H., Sparrow, D., Vokonas, P., Schwartz, J., & Hu, H. (2009). A prospective study of bone lead concentration and death from all causes, cardiovascular diseases, and cancer in the Department of Veterans Affairs Normative Aging Study. *Circulation*, *120*(12), 8. https://doi.org/10.1161/CIRCULATIONAHA.108.827121

Wielopolski, L., Ellis, K. J., Vaswani, A. N., Cohn, S. H., Greenberg, A., Puschett, J. B., . . . Landrigan, P. J. (1986). In vivo bone lead measurements: a rapid monitoring method for cumulative lead exposure. *Am J Ind Med*, *9*(3), 221-226.