**IN THE UNITED STATES DISTRICT COURT**

FOR THE SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

JEFFERY HARRIS, *et al.*,

Plaintiffs,

v. Civil Action No. 1:26-cv-00184-JB-MU

UNITED STATES OF AMERICA,

Defendant.

**PLAINTIFF JEFFERY HARRIS'S NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF HIS OPPOSITION TO THE UNITED STATES' MOTION TO DISMISS (Doc. 14)**

Plaintiff Jeffery Harris, appearing *pro se*, respectfully submits this notice of supplemental evidence bearing on his Opposition to the United States' Motion to Dismiss (Doc. 14), and states:

1. **The Opposition's equitable-tolling and diligence showing rests, in part, on Plaintiff's status during the relevant period as a disabled, indigent, and displaced pro se litigant.** (See Doc. 14, Ground I.A; Declaration of Jeffery Harris.) Plaintiff submits the attached record as further documentary corroboration of that status, now confirmed by an independent federal agency.

2. **Adjudicated disability.** The attached Social Security Administration ("SSA") benefit-information letter, dated **September 16, 2026** (Exhibit W, redacted per Fed. R. Civ. P. 5.2), reflects that Plaintiff is a recipient of Social Security **Disability** benefits (Ref. "A, DI"), with a monthly benefit beginning **May 2026** and Medicare entitlement beginning **April 2026**. This independent agency determination corroborates the disability and impairment Plaintiff has described, and is consistent with the injuries pleaded in this action.

3. **Indigency.** The same letter reflects that this modest monthly Social Security disability payment — reduced by the standard Medicare premium deduction — is Plaintiff's income. Plaintiff prosecutes this action *pro se* as an indigent litigant; the attached record supports that characterization.

4. **A recent government-caused interruption of that sole income.** The letter further states, in its own words, that "**according to SSA records, Mr. Harris['s] routing number was incorrectly listed as [one bank] on 08/19/26; the routing number has been corrected to [the correct bank]; payment in 3 to 5 business days.**" (Ex. W.) In other words, an administrative error caused Plaintiff's disability payment to be misdirected and delayed. Plaintiff offers this fact not to expand the claims in this case, but as current, concrete corroboration of the vulnerable, resource-constrained circumstances under which he has diligently pursued this litigation — the same circumstances that underlie his equitable-tolling showing and his need for the Court's ordinary latitude toward a pro se party. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).

5. **Address of record confirmed.** The SSA letter is addressed to Plaintiff at **2054 Height Street, Mobile, Alabama 36605** — Plaintiff's current address of record in this action — providing independent third-party confirmation of the mailing address the Court and the parties should use.

6. This notice does not raise a new claim or theory and does not respond to the merits beyond the tolling and pro se-status points already briefed. It is offered solely to place before the Court, while the Motion to Dismiss is under submission, a single item of supplemental documentary evidence that post-dates the Opposition and corroborates facts already of record.

WHEREFORE, Plaintiff respectfully requests that the Court receive and consider the attached Exhibit W in connection with Doc. 14.

Respectfully submitted this _18th_ day of September, 2026.

/s/ Jeffery Harris________________________________

Jeffery Harris, *pro se*

2054 Height Street

Mobile, Alabama 36605

[harrisjeffery04@gmail.com]

2288190118

**DECLARATION OF JEFFERY HARRIS (28 U.S.C. § 1746)**

I, Jeffery Harris, plaintiff *pro se*, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am the plaintiff in this action and make this declaration on personal knowledge.

2. My current mailing address is 2054 Height Street, Mobile, Alabama 36605. That is the address of record in this case and the address at which I receive mail.

3. Attached as Exhibit W is a true and correct copy — redacted per Fed. R. Civ. P. 5.2 — of a benefit-information letter I received from the Social Security Administration dated September 16, 2026, addressed to me at 2054 Height Street.

4. I am a recipient of Social Security **Disability** benefits. That monthly disability payment, reduced by the standard Medicare premium, is my income. I am prosecuting this action *pro se* and without the resources to retain counsel.

5. As Exhibit W reflects in its own words, the Social Security Administration recently misdirected my disability payment due to an incorrect bank-routing entry in its records, and advised that the corrected payment would issue within three to five business days. The result was an interruption of my sole income during the pendency of this litigation.

6. I offer these facts to corroborate the circumstances — my adjudicated disability, my indigency,

and my status as a *pro se* litigant — already described in my Opposition (Doc. 14). I do not offer them to raise any new claim.

Executed on _September 18th, 2026, at Mobile, Alabama.

_/s/ Jeffery Harris ______________________________

Jeffery Harris, *pro se*

**CERTIFICATE OF SERVICE**

I certify that on , 2026, I filed the foregoing via the Court's CM/ECF system, which will serve a copy on counsel for the United States:

- **India P. Ghosh**, U.S. Dept. of Justice, Civil Division, Torts Branch (Environmental Torts Litigation) — india.p.ghosh@usdoj.gov

- **Emma L. Sloan**, Assistant United States Attorney, U.S. Attorney's Office, S.D. Ala. — emma.sloan@usdoj.gov

/s/ Jeffery Harris _______________________________

Jeffery Harris, *pro se*

2054 Height Street

Mobile, Alabama 36605

[harrisjeffery04@gmail.com]

2288190118