SOCIAL SECURITY ADMINISTRATION

Date: September 16, 2026
BNC#: [redacted]
REF: A [redacted]

JEFFERY J HARRIS
2054 HEIGHT ST
MOBILE AL 36605-5102

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning May 2026, the full monthly
Social Security benefit before any deductions is......$ 1342.90

We deduct $200.90 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 1142.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third Wednesday of each month.

Other Important Information

ACCORDING TO SSA RECORDS, MR. HARRIS ROUTING NUMBER WAS INCORRECT[redacted]N 08/19/26; THE ROUTING NUMBER HASBEEN CORRECTED TO [redacted] IN 3 TO 5 BUSINESS DAYS.

Medicare Information

You are entitled to hospital insurance under Medicare beginning April 2026.

You are entitled to medical insurance under Medicare beginning April 2026.

Your Medicare number i[redacted] You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).