**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JEFFREY JEROME HARRIS; SHARON DENISE FAILS; TYRANCE HARRIS; and HOLLY POWE,**<br>**Plaintiffs,**<br>**vs.**<br>**UNITED STATES OF AMERICA,**<br>**Defendant.** | **Civil No. 1:26-cv-00184-JB-MU** |

**RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendant the United States (the "United States") reviewed Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. 26) and Plaintiffs' Proposed Second Amended Complaint (Doc. 26_1). The United States does not oppose Plaintiffs' Motion.[1]

DATED: October 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
JONATHAN GUYNN
Deputy Assistant Attorney General
J. PATRICK GLYNN
Director, Torts Branch
LACRESHA JOHNSON
Assistant Director

*/s/ I. Priyanka Ghosh*______
I. Priyanka Ghosh (DC Bar # 1779863)
Kailey Silverstein
Trial Attorneys
Civil Division, Torts Branch

[1] The United States reserves the right to make all arguments in response to Plaintiffs' Fourth Amended Complaint, if accepted by the Court, including that Plaintiffs' claims are time barred, that three Plaintiffs failed to exhaust administrative remedies, and that the Court lacks subject matter jurisdiction.

P.O. Box 340
Washington, D.C. 20044

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such to Plaintiff Jeffery Jerome Harris, and I certify that the following document has been mailed by United States Postal Service, postage prepaid, to the following non-CM/ECF participants:

Sharon Denise Fails
1900 Shelton Beach Road Ext., Apt 1004
Mobile, AL 36618

Tyrance Harris
3855 Autumndale Drive
Mobile, AL 36618

Holly Powe
1117 North Dr. Martin Luther King Jr. Drive
Mobile, AL 36610

*/s/ I. Priyanka Ghosh*
I. PRIYANKA GHOSH
Trial Attorney, Torts Branch
Environmental Tort Litigation Section
DC Bar No. 1779863