# EXHIBIT 4

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

THE GENERAL COUNSEL
WASHINGTON, D.C. 20460

November 4, 2025

Jeffrey Harris
1954 Maryvale Street
Mobile, Alabama 36605

RE: Administrative Tort Claim of Jeffrey Harris
Claim Number: TOR-25-080053
Amount of Claim: $200,000,000.00

Dear Mr. Harris:

On August 19, 2025, the U.S. Environmental Protection Agency (EPA) received the above-referenced claim under the Federal Tort Claims Act (FTCA or the Act), 28 U.S.C. §§2671-2680. The claim seeks recovery of $200,000,000.00 against the United States.

Your claim was reviewed under the provisions of the FTCA. The Act authorizes agencies to consider, settle and compromise money claims for injury, harm or death or property damage caused by the negligent or wrongful acts or omissions of the Agency or its employees while acting within the scope of their employment. The FTCA is strictly construed. I find that no such acts or omissions occurred in relation to your claim. Accordingly, your claim is denied.

If you are dissatisfied with the denial of your claim, you may file suit in the appropriate United States District Court no later than six months after the date of mailing of this notification. 28 U.S.C. § 2401(b). You may write to the following address if you have any questions or concerns: Claims Officer, U.S. Environmental Protection Agency, Office of General Counsel, 1200 Pennsylvania Avenue, NW (MC 2399A), Washington, D.C. 20460. Please include the EPA claim number TOR-25-080053 on any written communication.

Sincerely,

Kenneth Redden

Kenneth Redden
EPA Claims Officer
Civil Rights & Finance Law Office