# EXHIBIT 5

**Ghosh, India P (CIV)**

| | |
|---|---|
| **From:** | Redden, Kenneth <Redden.Kenneth@epa.gov> |
| **Sent:** | Thursday, June 11, 2026 12:08 PM |
| **To:** | Ghosh, India P (CIV) |
| **Cc:** | Silverstein, Kailey (CIV) |
| **Subject:** | [EXTERNAL] FW: Denial Decision for Jeffrey Harris |
| **Attachments:** | Harris USPS Tracking® _ USPS.pdf |

And here is confirmation of mailing.

Kenneth A. Redden
Attorney-Advisor/Agency Claims Officer
U.S. EPA
Civil Rights & Finance Law Office
Office of General Counsel
1200 Pennsylvania Ave., N.W.
Mailcode: 2377A
Washington, DC 20460
(202) 564-4707, redden.kenneth@epa.gov

**From:** Young, Lakeila <Young.Lakeila@epa.gov>
**Sent:** Friday, November 14, 2025 11:43 AM
**To:** Redden, Kenneth <Redden.Kenneth@epa.gov>
**Subject:** RE: Denial Decision for Jeffrey Harris

Hi Ken,

Please find the receipt number: 7008 3230 0000 9399 3587. Sending out today.

V/r
Lakeila Young
Program Specialist, Pesticides and Toxic Substances Law Office
Office Of General Counsel, U.S. Environmental Protection Agency
1200 Pennyslvania Avenue, NW (MC 2333A)
Washington, DC 20460
Desk (202) 564-0031

**From:** Redden, Kenneth <Redden.Kenneth@epa.gov>
**Sent:** Friday, November 14, 2025 10:32 AM
**To:** Young, Lakeila <Young.Lakeila@epa.gov>
**Subject:** Denial Decision for Jeffrey Harris

Hi again Lakeila,

Could you please mail out this FTCA denial decision via USPS certified mail/return receipt requested and provide me with all receipts? Thanks.

Kenneth A. Redden
Attorney-Advisor/Agency Claims Officer
U.S. EPA
Civil Rights & Finance Law Office
Office of General Counsel
1200 Pennsylvania Ave., N.W.
Mailcode: 2377A
Washington, DC 20460
(202) 564-4707, redden.kenneth@epa.gov