# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**JEFFERY JEROME HARRIS; SHARON DENISE FAILS; TYRANCE HARRIS; and HOLLY POWE,**
**Plaintiffs,**
**vs.**
**UNITED STATES OF AMERICA,**
**Defendant.**

**Civil No. 1:26-cv-00184-JB-MU**

**DECLARATION OF KAREN KIRCHNER IN SUPPORT OF THE UNITED STATES OF AMERICA'S MOTION TO DISMISS**

I, Karen Kirchner, hereby state and declare as follows:

1. From approximately 2015 to present, I have worked as a Remedial Project Manager and subsequently as a Section Supervisor of Remedial Project Managers and currently a Branch Manager in the Remedial Program with the United States Environmental Protection Agency, Region 5 Office in the Superfund and Emergency Management Division. As of October 29, 2026, I am the Branch Manager of the Remedial Response Branch 1.
2. I hold a Bachelor of Science Degree in Liberal Arts and Sciences majoring in Ecology, Ethology, and Evolution from the University of Illinois – Urbana-Champaign (1991) and a Master of Science Degree in Environmental Management from the Illinois Institute of Technology (2007).
3. I make this Declaration in my official capacity as Branch Manager, upon my personal knowledge and upon information that was provided to me in the course of my official duties while working with Region 5's Superfund and Emergency Management Division, which duties include (but were not limited to) managing the process to list sites on the National

Priorities List, overseeing the management of the CERCLA remedial process for hazardous waste sites both listed on the NPL and those undergoing non-time critical removal actions.

4. My Division is responsible for listing sites on the National Priorities List, cleaning up hazardous waste sites, providing for emergency preparedness and homeland security, and responding to spills. Among other programs and projects, my program manages Non-Time-Critical Removal Actions and remedial process cleanup actions.

5. My program was responsible for overseeing the removal process at the Master Metals, Inc. ("Master Metals") site in Cleveland, Ohio.

6. Master Metals was a designated Superfund removal site under CERCLA.

7. As a Branch Manager, I oversee environmental scientists and engineers tasked with environmental removal actions.

8. I also oversee and monitor compliance by Potentially Responsible Parties (PRPs), who take on the primary clean-up activities under settlement agreements and orders.

9. Part of my role is overseeing Remedial Project Managers whose role is evaluating and determining whether monitoring is required, and if so the type and level of monitoring needed and where those monitors should be placed.

10. To determine what should be monitored and where monitors should be placed, we evaluate worker and community safety, including the likelihood of exposures to lead and other contaminants to the surrounding populations. If we determine our work may generate risk of exposure, we set screening levels for contaminants of concern and track the on-site, perimeter and community monitoring stations to ensure contaminants are not observed over safe screening levels during our on-site work.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2026

Karen Kirchner
Manager, Remedial Response Branch 1
R5 Superfund & Emergency Management Division
U.S. Environmental Protection Agency